## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 17 cv 6485 |
| v. ) | |
| ) | Judge Chang |
| **City of Berwyn et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between the parties hereto that, all matters in controversy herein having been compromised, settled, and adjourned, this cause shall be dismissed with prejudice and without costs, with each party to bear his or its own attorneys' fees and expenses.

Dated: September 25, 2018.

Respectfully Submitted By:

/s/ Shanita Straw                                         /s/ Veronica Bonilla Lopez
Shanita Straw                                               Veronica Bonilla Lopez
Counsel for Plaintiff                                     Counsel for Defendants

Shanita Straw                                               Veronica Bonilla Lopez
Golden Law                                                  Del Galdo Law Group, LLC
6602 Roosevelt Road                                    1441 S. Harlem Ave.
Oak Park, Illinois 60304                                Berwyn, Illinois 60402